UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-cv-23461-SCOLA

TABARES RANDALL, and
Others similarly-situated,

    Plaintiff(s),

v.

WING PARTNERS 6408, LLC and
and TINA D. HOWELL, Individually,

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, **TABARES RANDALL**, by and through undersigned counsel, pursuant to the Honorable Court's Order in FLSA Cases, hereby respectfully files this Statement of Claim. As grounds, the Plaintiff states:

    a. <u>Total amount of alleged unpaid Overtime wages</u>:

    $24,948.00 (Liquidated)

    b. <u>Calculation of such wages</u>:[1]

During his employment with Defendants, from approximately mid-July 2014 through December 18, 2014, Plaintiff's main duty involved cooking food (chicken wings) for customers. Throughout his employment, Plaintiff was paid $18.00 per hour, but was only paid for the first forty (40) hours of the week. Plaintiff alleges he worked approximately

---

[1] These calculations are prior to discovery and not including any damages discovered during discovery. Plaintiff reserves the right to a full accounting of all unpaid wages as uncovered during the course of discovery. Further, these calculations assume (pre-discovery) compliance with Department of Labor Regulations regarding posting of Federal wage and hour signage.

sixty-two (62) hours per week without proper overtime compensation and that Defendants failed to properly track his work hours to ensure proper payment. As such, Plaintiff seeks to be compensated at a time-and-a-half rate of $27.00 for each hour above forty (twenty-two (22) hours per week), plus reasonable attorneys' fees and costs.

    c. <u>Nature of wages (e.g. overtime or straight time)</u>:

This amount represents unpaid time-and-a-half overtime pay and liquidated damages.

    d. <u>Calculation Chart</u>

| OVERTIME RATE | AVERAGE OVERTIME HOURS WORKED | OT RATE X OT HOURS WORKED | WEEKS WORKED AND NOT PAID OT | TOTAL UNPAID WAGES |
|---|---|---|---|---|
| $27.00<br><br>($18.00 x 1.5) | 22 HOURS | $594.00 | 21 WEEKS | $12,474.00 |

WHEREFORE, based on the foregoing, the Plaintiff files Statement of Claim.

Dated: October 5, 2015

                                            Respectfully submitted,

                                            **REMER & GEORGES-PIERRE, PLLC**
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305)416-5000
Facsimile: (305)416-5005

                                            By: **/s/ Brody M. Shulman**____
                                                Jason S. Remer, Esq.
                                                Fla. Bar No.: 0165580
                                                Brody M. Shulman, Esq.
                                                Fla. Bar No.: 092044

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Brody M. Shulman**____
Jason S. Remer, Esq.
Fla. Bar No.: 0165580
Brody M. Shulman, Esq.
Fla. Bar No.: 092044

**SERVICE LIST**
Pedro P. Forment, Esq.
Email: pedro.forment@jacksonlewis.com
Mendy Halberstam, Esq.
E-mail: halbersm@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7604
Facsimile: (305) 373-4466
*Counsel for Defendants*